IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:08 CR 186 DB |
| Plaintiff, | : | |
| | | **O R D E R** |
| vs. | : | |
| RAYMOND J.  LYMAN, | : | |
| Defendant. | : | Hon. Samuel Alba |

This matter came before the Court on Monday, March 8, 2010 for a status conference.  After consulting with counsel for all parties and being fully advised, the Court HEREBY ORDERS as follows:

1.  That any motions in limine must be filed by April 2, 2010.

2.  That proposed jury instructions and voir dire must be filed by May 17, 2010.

3.  That this case is set for a two day jury trial before Judge Dee Benson, beginning on May 19,  2010 at 8:30 a.m.

4.  That the period of time from March 8, 2010 until May 17, 2010, the date on which the trial commences, is excluded for purposes of speedy trial pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and (h)(7)(B)(ii).  Specifically, the Court finds that any delay resulting from the filing of pretrial motions by the defendant in this proceeding is excluded from the time within which the trial must commence.

In addition, the Court finds that this case is so unusual and complex due to the combined number of defendants in this and related proceedings, and the evidentiary issues, that it is unreasonable to expect the parties to adequately prepare for pretrial and trial proceedings within a shorter period of time.  Accordingly, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii), the Court also finds that the ends of justice are served by excluding this period of time from the time within which the trial must commence, and taking such action outweighs the best interest of the public and the defendant in a speedy trial.

DATED this 12th day of April, 2010.

BY THE COURT:

HON. SAMUEL ALBA
United States Magistrate Judge